**Information to identify the case:**

| Debtor 1 | Dolores A. Garcia | | Social Security number or ITIN   xxx–xx–5868 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | | Social Security number or ITIN  _ _ _ _ |
| | | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | | |
| Case number:  18–31348–ABA | | | |

## Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Dolores A. Garcia

<u>2/1/19</u>

**By the court:** <u>Andrew B. Altenburg Jr.</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-31348-ABA
Dolores A. Garcia                                                   Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2          Date Rcvd: Feb 01, 2019
                             Form ID: 318          Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 03, 2019.
db              Dolores A. Garcia,    108 E Maryland Ave,   Rio Grande, NJ  08242-1310
517838134       Best Buy Credit Services,    PO Box 790441,    Saint Louis, MO  63179-0441
517872127      +Deutsche Bank National Trust Company,    Kevin G. McDonald, Esquire,
                216 Haddon Avenue, Ste. 406,    Westmont, NJ 08108-2812
517838137       EOS CCA,    PO Box 981025,   Boston, MA  02298-1025
517872109      +Medallion Bank,    Rebecca A. Solarz, Esquire,    216 Haddon Avenue, Ste. 406,
                Westmont, NJ 08108-2812
517838141       Systems & Services Technologies,    PO Box 5493,   Carol Stream, IL  60197-5493
517838142       Tractor Supply/CBNA,    PO Box 6403,   Sioux Falls, SD  57117-6403

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 02 2019 02:05:42     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 02 2019 02:05:37     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517838132       EDI: RMSC.COM Feb 02 2019 06:28:00     Amazon/Synchrony Bank,   ATTN: Bankruptcy Dept.,
                PO Box 965060,   Orlando, FL  32896-5060
517838133       EDI: TSYS2.COM Feb 02 2019 06:28:00     Barclays Bank Delaware,   PO Box 8802,
                Wilmington, DE  19899-8802
517838135       EDI: CAPITALONE.COM Feb 02 2019 06:28:00     Capital One Bank (USA), N.A.,   PO Box 30285,
                Salt Lake City, UT  84130-0285
517838136       EDI: RMSC.COM Feb 02 2019 06:28:00     Care Credit/Synchrony Bank,   Attn: Bankruptcy Dept,
                PO Box 965061,   Orlando, FL  32896-5061
517838138       E-mail/Text: bk@lendingclub.com Feb 02 2019 02:06:34     Lending Club Corporation,
                71 Stevenson St Ste 300,   San Francisco, CA  94105-2985
517838139       EDI: RMSC.COM Feb 02 2019 06:28:00     Lowes/Synchrony Bank,   ATTN: Bankruptcy Dept.,
                PO Box 965060,   Orlando, FL  32896-5060
517838140       EDI: RMSC.COM Feb 02 2019 06:28:00     PayPal/Synchrony Bank,   Attn: Bankruptcy Dept,
                PO Box 965060,   Orlando, FL  32896-5060
517838861      +EDI: RMSC.COM Feb 02 2019 06:28:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk, VA 23541-1021
517838143       EDI: USBANKARS.COM Feb 02 2019 06:28:00     US Bank Home Mortgage,   4801 Frederica St,
                Owensboro, KY  42301-7441
517838144       EDI: RMSC.COM Feb 02 2019 06:28:00     Walmart-Synchrony Bank,   PO Box 965060,
                Orlando, FL  32896-5060
                                                                                         TOTAL: 12

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2019                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2019 at the address(es) listed below:
          Denise E. Carlon   on behalf of Creditor   Medallion Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Rebecca Ann Solarz   on behalf of Creditor   Medallion Bank rsolarz@kmllawgroup.com
          Thomas J Subranni   trustee@subranni.com,
           ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solutions.com
          Thomas J Subranni   on behalf of Trustee Thomas J Subranni trustee@subranni.com,
           ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solutions.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Feb 01, 2019
                             Form ID: 318              Total Noticed: 19


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Victoria A. Steffen    on behalf of Debtor Dolores A. Garcia vsteffen@verizon.net,
           G30369@notify.cincompass.com
                                                                        TOTAL: 6